UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRENET TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FORTINET, INC.,<br><br>　　　　　Defendant. | Case No.: 3:19-cv-00798-JD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff FireNet Technologies, LLC and Defendant Fortinet, Inc., the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice.

　　It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

　　SO ORDERED this

　　August 9
　　_____, 2019　　_____
　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE